IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br>     Plaintiff,<br><br>v.<br><br>1. TRENTON HATTLER, and<br>2. BETSY SMITH,<br>     Defendants. | Case No. CIV-22-117-J |

## DEFENDANT TRENTON HATTLER'S ANSWER

Defendant Trenton Hattler respectfully submits the following Answer to Plaintiff's Complaint for Declaratory Judgment.

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Admitted.
10. Admitted.
11. Admitted.
12. Admitted.

13. No response is required to paragraphs 13 as it contains no factual allegation.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

22. Denied.

23. Denied.

24. Admitted.

25. No response is required to paragraph 25 as it contains no factual allegation.

26. No response is required to paragraph 26 as it contains no factual allegation.

Wherefore, Defendant Trenton Hattler asks that Allstate take nothing by its complaint and for all relief to which Mr. Hattler is entitled to by law.

        Respectfully submitted,

        /s/*Curtis "Muskrat" Bruehl*
        Curtis "Muskrat" Bruehl
        FULMER SILL, PLLC
        1101 N. Broadway Ave., Suite 102
        Oklahoma City, OK  73103
        Phone:    (405) 509-6300
        Facsimile:    (800) 978-1345
        Email: cbruehl@fulmersill.com

        **ATTORNEY FOR DEFENDANT**
        **TRENTON HATTLER**

**ATTORNEY'S LIEN CLAIM**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 25th day of March, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

        /s/*Curtis "Muskrat" Bruehl*